UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY G. BRIONES,<br><br>              Plaintiff,<br><br>      v.<br><br>S. FLORES, et al.,<br><br>              Defendants. | No.  1:14-cv-01479 DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION WITHIN FOURTEEN (14) DAYS |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Johnny G. Briones, a state prisoner proceeding pro se and in forma pauperis.  This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California.  Defendants have now appeared in the action.  Therefore, Defendants shall notify the Court within fourteen (14) days from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   __**August 11, 2016**__               _____ /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28