1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY G. BRIONES,                         No.  1:14-cv-01479 DLB PC

12                   Plaintiff,                   ORDER REGARDING PLAINTIFF'S
                                                  DECLINE OF MAGISTRATE JUDGE
13           v.                                   JURISDICTION

14    S. FLORES, et al.,                          (Document 40)

15                   Defendants.

16

17           This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Johnny G. Briones, a

18    state prisoner proceeding pro se and in forma pauperis.  Plaintiff consented to the jurisdiction of

19    the United States Magistrate Judge on October 1, 2014, in accordance with 28 U.S.C. § 636(c)

20    and Rule 73(b) of the Federal Rules of Civil Procedure.

21           On August 11, 2016, the Court ordered Defendants to decline or consent to United States

22    Magistrate Judge jurisdiction.  Defendants consented on August 22, 2016.

23           On August 22, 2016, the Court received a decline of jurisdiction from Plaintiff.

24           Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the reference

25    can be withdrawn only "for good cause shown on its own motion, or under extraordinary

26    circumstances shown by any party."  28 U.S.C. § 636(c)(4); *Dixon v. Ylst*, 990 F.2d 478, 480

27    (9th Cir. 1993) (stating that "[t]here is no absolute right, in a civil case, to withdraw consent to

28    trial and other proceedings before a magistrate judge.").  A referral to a magistrate judge will not

                                                  1

1   be vacated where a party has consented in a signed writing to Magistrate Judge jurisdiction, the

2   party fails to make a motion to vacate the reference that is supported by a showing of

3   extraordinary circumstances, and the Court does not sua sponte find good cause for withdrawal of

4   consent. *Id.*

5      Plaintiff has not made any such showing, and case SHALL remain assigned to the

6   Magistrate Judge.

7   IT IS SO ORDERED.

8      Dated:   **August 24, 2016**                    /s/ *Dennis L. Beck*

9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2